# ERRATA

SeAH Steel Corporation v. United States, Consol. Court No. 11-00226, Slip Op. 13-124, dated September 25, 2013.

| | |
|---|---|
| Page 13: | In line three of the first full paragraph, replace "offset, while simultaneously," with "offsets, while simultaneously,". |
| Page 16: | In line two of the first full paragraph, replace "(and the parties)" with "(and the other parties)". |
| Page 22: | In line eight, replace "U.S.C.C.A.N. 4040, 4170;" with "U.S.C.C.A.N. 4040, 4170);". |

November 6, 2013